VINCENT LEON GUERRERO
**BLAIR STERLING JOHNSON**
**MARTINEZ & LEON GUERRERO**
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857

ROBERT L. TUCKER
**TUCKER & LATIFI, LLP**
160 East 84th Street
New York, New York 10028
Telephone: (212) 472-6262

*Attorneys for Plaintiff Chrome Hearts LLC.*

**FILED**
DISTRICT COURT OF GUAM

JUL 2 4 2008 ₽ᐧᗡᐧ

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS LLC., <br><br> Plaintiff, <br><br> vs. <br><br> ALMA SHOP; JUNG WOO NAM; HAPPY HAPPY GIFT SHOP; BON SUN AHN; GUAM PALM CORPORATION doing business as HAWAIIAN SILVER; YOUNG SAN NICOLAS; 925 MINE; HUNG BUM CHOI; ASHINN SHIATSU MASSAGE; GARDEN JEWELRY; SHAN PIAO; A+ ACCESSORY PLUS dba KYODIA; and KAWAII GIFT SHOP; UNE JOO CHUNG, <br><br> Defendants. | CIVIL CASE NO. **08-00009** <br><br><br><br> **C O M P L A I N T** |

ORIGINAL

1  Plaintiff **CHROME HEARTS LLC.**, by its attorneys, as and for its Complaint, alleges as
2  follows:

### THE PARTIES

1.     Plaintiff **CHROME HEARTS LLC.** ("Chrome Hearts") is a limited liability company organized and existing under the laws of the State of Delaware, with a principal office and place of business at 915 N. Mansfield, Hollywood, California 90038.

2(a)     Upon information and belief, defendant **ALMA SHOP** is an entity of unknown character organized and existing under the laws of Guam, having an office and place of business at The Tumon Market Place, Lot 5076-3-2-R2 NEW-R-1, Tumon, Guam 96911. **ALMA SHOP** is transacting and doing business this Judicial District and has committed the acts complained of herein within this Judicial District. **ALMA SHOP** is subject to the jurisdiction of this Court pursuant to the laws of the United States and Rule 4 of the Federal Rules of Civil Procedure.

2(b)     Upon information and belief, defendant **JUNG WOO NAM** is an individual having an office and place of business at the Alma Shop at The Tumon Market Place, Lot 5076-3-2-R2 NEW-R-1, Tumon, Guam 96911, and is the conscious, dominant and active force behind the wrongful acts of defendant **ALMA SHOP** complained of herein, which wrongful acts he has engaged in for the gain and benefit of defendant **ALMA SHOP** and for his own individual gain and benefit. Defendant **JUNG WOO NAM** is subject to the jurisdiction of this Court pursuant to the laws of the United States and Rule 4 of the Federal Rules of Civil Procedure.

3(a)     Upon information and belief, defendant **HAPPY HAPPY GIFT SHOP** is an entity of unknown character organized and existing under the laws of Guam, having an office and place of business at Lot 5076-3-4-1-R1, Tumon, Guam. **HAPPY HAPPY GIFT SHOP** is transacting and doing business within this Judicial District and has committed the acts complained of herein

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

1 within Guam. **HAPPY HAPPY GIFT SHOP** is subject to the jurisdiction of this Court pursuant to the
2 laws of the United States and Rule 4 of the Federal Rules of Civil Procedure.

3    3(b)        Upon information and belief, defendant **BONG SUN AHN** is an individual
4 having an office and place of business at Happy Happy Gift Shop at Lot 5076-3-4-1-R1,Tumon,
5 Guam, and is the conscious, dominant and active force behind the wrongful acts of defendant
6
7 **HAPPY HAPPY GIFT SHOP** complained of herein, which wrongful acts he/she has engaged in for
8 the gain and benefit of defendant **HAPPY HAPPY GIFT SHOP** and for his/her own individual gain
9 and benefit. Defendant **BONG SUN AHN** is subject to the jurisdiction of this Court pursuant to the
10 laws of the United States and Rule 4 of the Federal Rules of Civil Procedure.

11    4(a)        Upon information and belief, defendant **GUAM PALM CORPORATION** is a
12 corporation organized and existing under the laws of Guam, doing business under the fictitious
13
   name of **HAWAIIAN SILVER**, having an office and place of business at The Plaza, Lot 5076-3-2-
14
15 R2 NEW-A-1,Tumon, Guam 96913. **GUAM PALM CORPORATION** is transacting and doing
16 business within this Judicial District and has committed the acts complained of herein within
17 Guam. **GUAM PALM CORPORATION** is subject to the jurisdiction of this Court pursuant to the
18 laws of the United States and Rule 4 of the Federal Rules of Civil Procedure.

19    4(b).       Upon information and belief, Defendant **YOUNG SAN NICOLAS** is an individual
20 having an office and place of business at Guam Palm Corporation at The Plaza, Lot 5076-3-2-R2
21
   NEW-A-1,Tumon, Guam 96913, and is the conscious, dominant and active force behind the
22
23 wrongful acts of defendant **GUAM PALM CORPORATION** complained of herein, which wrongful
24 acts he/she has engaged in for the gain and benefit of defendant **GUAM PALM CORPORATION** and
25 for his/her own individual gain and benefit. Defendant **YOUNG SAN NICOLAS** is subject to the
26 jurisdiction of this Court pursuant to the laws of the United States and Rule 4 of the Federal Rules
27 of Civil Procedure.

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-6205
TELEPHONE: (671) 477-7857

- 3 -

Case 1:08-cv-00009    Document 1    Filed 07/24/2008    Page 3 of 28

1    5(a).    Upon information and belief, defendant **925 MINE** is an entity of unknown
2    character organized and existing under the laws of Guam, having an office and a place of business
3    at 1225 Pale SN VIT RD S22, Tumon, Guam 96913. Defendant **925 MINE** is transacting and doing
4    business within this Judicial District and has committed the acts complained of herein within
5    Guam. Defendant **925 MINE** is subject to the jurisdiction of this Court pursuant to the laws of the
6
7    United States and Rule 4 of the Federal Rules of Civil Procedure.

8    5(b).    Upon information and belief, Defendant **HUNG BUM CHOI** is an individual
9    having an office and a place of business at 925 Mine at 1225 Pale SN VIT RD S22, Tumon, Guam
10   96913, and is the conscious, dominant and active force behind the wrongful acts of defendant **925**
11   **MINE** complained of herein, which wrongful acts he/she has engaged in for the gain and benefit of
12   defendant **925 MINE** and for his/her own individual gain and benefit. Defendant **HUNG BUM CHOI**
13   is subject to the jurisdiction of this Court pursuant to the laws of the United States and Rule 4 of
14
15   the Federal Rules of Civil Procedure.

16   6.    Upon information and belief, defendant **ASHINN SHIATSU MASSAGE** is an
17   entity of unknown character organized and existing under the laws of Guam, having an office and
18   a place of business at The Pacific Shopping Center, Tumon, Guam 96913, and is transacting and
19   doing business within this Judicial District and has committed the acts complained of herein
20   within Guam. Defendant **ASHINN SHIATSU MASSAGE** is subject to the jurisdiction of this Court
21   pursuant to the laws of the United States and Rule 4 of the Federal Rules of Civil Procedure.
22

23   7(a).    Upon information and belief, defendant **GARDEN JEWELRY** is an entity of
24   unknown character organized and existing under the laws of the Guam, having an office and a
25   place of business at The Grand Plaza Hotel, 1024 San Vitores Road, Tumon, Guam 96911, and is
26   transacting and doing business within this Judicial District and has committed the acts complained
27
28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

- 4 -
Case 1:08-cv-00009    Document 1    Filed 07/24/2008    Page 4 of 28

of herein within Guam. Defendant **GARDEN JEWELRY** is subject to the jurisdiction of this Court pursuant to the laws of the United States and Rule 4 of the Federal Rules of Civil Procedure.

7(b)     Upon information and belief, previously named defendant **FEN SHAN PIAO** has an office and a place of business at Garden Jewelry at The Grand Plaza Hotel, 1024 San Vitores Road, Tumon, Guam 96911 and is the conscious, dominant and active force behind the wrongful acts of defendant **GARDEN JEWELRY** complained of herein, which wrongful acts he/she has engaged in for the gain and benefit of defendant **GARDEN JEWELRY** and for his/her own individual gain and benefit.

8.     Upon information and belief, defendant **A+ ACCESSORY PLUS** is an entity of unknown character organized and existing under the laws of Guam, having an office and a place of business at Space #54 Market Place, Lot 5076-3-2-R2-NEW A1Tumon, Guam 96913, and is transacting and doing business within this Judicial District and has committed the acts complained of herein within Guam. Defendant **A+ ACCESSORY PLUS** is subject to the jurisdiction of this Court pursuant to the laws of the United States and Rule 4 of the Federal Rules of Civil Procedure.

9(a)     Upon information and belief, defendant **KAWAII GIFT SHOP** is an entity of unknown character organized and exiting under the laws of Guam, having an office and a place of business at Park Arcade V111 S Vitor, Barrigada, Guam 96913. Defendant **KAWAII GIFT SHOP** is transacting and doing business within this Judicial District, has committed the acts complained of herein within Guam, and is subject to the jurisdiction of this Court pursuant to the laws of the United States and Rule 4 of the Federal Rules of Civil Procedure.

9(b)     Upon information and belief, previously named defendant **UNE JOO CHUNG** has an office and a place of business at Kawaii Gift Shop at Park Arcade V111 S Vitor, Barrigada, Guam 96913 and is the conscious, dominant and active force behind the wrongful acts of defendant **KAWAII GIFT SHOP** complained of herein, which wrongful acts he/she has engaged in

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE IOOB DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

– 5 –

Case 1:08-cv-00009     Document 1     Filed 07/24/2008     Page 5 of 28

for the gain and benefit of defendant **KAWAII GIFT SHOP** and for his/her own individual gain and benefit.

Defendants **ALMA SHOP, JUNG WOO NAM, HAPPY HAPPY GIFT SHOP, BONG SUN AHN, HAWAIIAN SILVER, YOUNG SAN NICOLAS, 925 MINE; HUNG BUM CHOI, ASHINN HIATSU MASSAGE, GARDEN JEWELRY, FEN SHAN PIAO, A+ ACCESSORY PLUS dba KYODIA, KAWAII GIFT SHOP, and UNE JOO CHUNG** are hereinafter collectively referred to as "Defendants."

### JURISDICTION

10.     The first claim herein arises under the Copyright Laws of the United States, 17 U.S.C. §101, *et seq*; the second and third claims herein arise under the Federal Trademark Act of 1946, 15 U.S.C. §1051 *et seq.*; the fourth claim herein arises under the federal anti-dilution law, the Lanham Act §43(c) (15 U.S.C. §1125(c)) and, accordingly, subject matter jurisdiction for these claims is conferred on this Court by virtue of 15 U.S.C. §1121, 48 U.S.C. §1424, as well as 28 U.S.C. §1338(a).

11.     The remaining claim herein arises under the laws of unfair competition and the statutes of Guam and are claims joined with substantial and related claims under the trademark laws of the United States and, accordingly, subject matter jurisdiction for the fourth claim is conferred on this Court by virtue of 28 U.S.C. §1338(b) and the doctrine of pendent jurisdiction.

12.     Venue is founded on 28 U.S.C. §1391 (b) and (c) and §1400(a).

### COMMON ALLEGATIONS

13.     Chrome Hearts has been designing, manufacturing and selling artistically styled leather goods, apparel, jewelry and accessories since early 1989.

14.     All Chrome Hearts goods or the packaging thereof bear the trademark CHROME HEARTS.

15.     Chrome Hearts sells a wide variety of quality artistic products, including leather pants, leather jackets, leather vests, sterling silver jewelry, including necklaces, bracelets, rings

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 969 10-5205
TELEPHONE: (671) 477-7857

1 and wallet chains, belt buckles and a wide collection of other products, including its line of
2 custom, one-of-a-kind furniture.

3     16.    Chrome Hearts pioneered the idea of combining the look of rugged motorcycle
4 looking apparel with fashion attire to make fashion apparel and accessories. All of Chrome
5 Hearts' leather products are adorned with sterling silver hardware, including all of the buttons and
6
7 ornamental pieces. Chrome Hearts further pioneered the look of suede inlay designs in connection
8 with leather clothing. Once thought of as only a look for outlaw motorcyclists, Chrome Hearts has
9 created a fashion niche that is now coveted in the upper most fashion circles.

10     17.    Entertainers such as Cher, Billy Idol, Aerosmith, Lenny Kravitz, Guns N' Roses,
11 Seal, Madonna, Keith Richards, Danny Glover, Sting, Gloria Estefan, Christy Turlington, Naomi
12 Campbell and Sharon Stone can all be seen in Chrome Hearts' fashions. Chrome Hearts products
13 are sold in only the most prestigious stores, such as Bergdorf Goodman of New York, Colette of
14 Paris and Browns of London and in the Chrome Hearts boutiques in Hawaii, Las Vegas, New
15 York City, Los Angeles, Malibu, Japan, Hong Kong, and TaiPei.
16

17     18.    In 1993, the Council of Fashion Designers of America ("CFDA") presented
18 Plaintiff Chrome Hearts with an unsolicited award as designer of the year for its innovated
19 accessories and jewelry designs.

20     19.    All Chrome Hearts products are hand made in Los Angeles by Chrome Hearts'
21 craftsmen. The level of expert workmanship exercised by these individuals is superior and
22 conforms with the strict standards established by Chrome Hearts.
23

24     20.    Works designed by Chrome Hearts have been praised and recognized in numerous
25 articles appearing in both trade publications and publications directed to the general public around
26 the world, including articles in the United States, Germany, Japan and France. These articles have
27

28
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

acclaimed the high artistry, fashion and style of Chrome Hearts' designs and the uniqueness of the designs.

21.    Since 1991, Chrome Hearts' products have generated sales at retail of over Three Hundred and Fifty Million Dollars ($350,000,000).

22.    Plaintiff Chrome Hearts is the owner of numerous trademark registrations, including but not limited to the below U.S. Registrations:

| MARK IMAGE | MARK | Reg. No. | Reg. Date | Int. Class |
|---|---|---|---|---|
| **CHROME HEARTS** | CHROME HEARTS | 1,665,791 | 11/26/1991 | 14,18, 25,26 |
|  | CHROME HEARTS plus Horseshoe Design | 2,307,126 | 1/11/2000 | 14 |
|  | CHROME HEARTS plus Dagger Design | 2,284,625 | 10/2/1999 | 14 |
|  | CHROME HEARTS plus Scroll Design | 2,216,570 | 1/5/1999 | 14 |
|  | Dagger Heart Design | 2,407,915 | 11/28/2000 | 14 |
|  | CH Design (stylized) | 2,954,539 | 5/24/2005 | 14 |

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: 1671) 477-7857

| | | | | |
|---|---|---|---|---|
|  | Cemetery Design | 3,385,415 | 2/19/2008 | 14 |
|  | CH plus Design | 3,385,449 | 2/19/2008 | 14 |

(collectively referred to herein as the "Chrome Hearts Mark"). Chrome Hearts is entitled to the exclusive use and benefit of all of its Registrations. Copies of these Registrations are annexed hereto and collectively identified as *Exhibit 1*.

23. The Chrome Hearts Mark has come to identify, in the United States and throughout the world, high quality leather fashions, apparel, jewelry, furniture and accessories designed and manufactured by Chrome Hearts.

24. Among many other copyright registrations, Chrome Hearts is the owner of the following U.S. Copyright Registrations for jewelry designs registered in the United States Copyright Office, and is entitled to the exclusive use thereof:

| **Name of Design** | **Copyright Registration No.** | **Registration Date** |
|---|---|---|
| **Pendants & Necklaces** | | |
| Celtic Chain Necklace | VA 642-742 | 3/28/95 |
| Celtic Pendant | VA 642-743 | 3/28/95 |
| Fancy Chain Link | VA 642-746 | 3/28/95 |
| CH Cross | VA 705-193 | 3/28/95 |
| Filigree Cross | VA 705-194 | 3/28/95 |
| Star | VA 705-195 | 3/28/95 |
| CH Fleur | VA 705-196 | 3/28/95 |
| Dagger | VA 705-197 | 3/28/95 |
| Floral # 1 | VA 705-198 | 3/28/95 |
| Roller | VA 705-199 | 3/28/95 |

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

| | | |
|---|---|---|
| Barrel | VA 705-231 | 3/28/95 |
| Cross Ball | VA 705-232 | 3/28/95 |
| Filigree Pull Pendant w/Bolo Tips | VA 912-283 | 3/13/98 |
| Filigree Pull Fancy Pendant w/Bolo | VA 912-284 | 3/13/98 |
| Star Charm | VA 946-986 | 11/6/98 |
| Cross Crimpt | VA 946-987 | 11/6/98 |
| Campana Pendant | VA 946-988 | 11/6/98 |
| Cross Band Pendant | VA 946-991 | 11/6/98 |
| Scroll Band Pendant | VA 946-992 | 11/6/98 |
| Campana Cross | VA 946-994 | 11/6/98 |
| Dagger Heart | VA 952-071 | 2/26/99 |
| Vulcan Cross | VA 954-730 | 11/6/98 |
| Cemetary, CH Cross & Dagger Tags | VA 967-376 | 5/25/99 |
| Celtic Cross | VA 967-378 | 5/25/99 |
| Framed Charms (BS Fleur Star, Claw) | VA 967-385 | 5/25/99 |
| Cross, Dagger Dog Tag Pendants | VA 1-045-308 | 7/7/00 |
| Fleur Dagger Dog Tag Pendant | VA 1-045-309 | 7/7/00 |
| X-Small Celtic Cross Pendant | VA 1-045-324 | 7/7/00 |

**Bracelets**

| | | |
|---|---|---|
| Three Cross Bracelet | VA 642-736 | 3/28/95 |
| Dagger Bracelet | VA 642-737 | 3/28/95 |
| Cuff Bracelet | VA 642-744 | 3/28/95 |
| Floral Cross Bracelet | VA 689-392 | 3/28/95 |
| Claw Link | VA 705-200 | 3/28/95 |
| Celtic ID Bracelet | VA 912-280 | 3/13/98 |
| Narrow V Band Celtic | VA 912-281 | 3/13/98 |
| Classic Keeper Bracelet | VA 912-282 | 3/13/98 |
| Floral Cross Cuff Bracelet | VA 912-285 | 3/13/98 |
| Filigree I Link Bracelet | VA 912-286 | 3/13/98 |
| Filigree ID Bracelet | VA 912-287 | 3/13/98 |
| Filigree Teardrop Cuff | VA 912-288 | 3/13/98 |
| Star Link Bracelet | VA 946-985 | 11/6/98 |
| Spider Link Bracelet | VA 946-990 | 11/6/98 |
| Keeper Link Bracelet | VA 946-993 | 11/6/98 |

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

| | | |
|---|---|---|
| BS Fleur H Link Bracelet | VA 964-910 | 3/13/98 |
| BS Fleur Bracelet | VA 964-911 | 3/13/98 |
| H Link Cross Bracelet | VA 964-913 | 3/13/98 |
| I – Link Claw Bracelet | VA 967-379 | 5/25/99 |
| I – Link Cross Bracelet | VA 967-380 | 5/25/99 |
| I – Link Floral Bracelet | VA 967-381 | 5/25/99 |
| Narrow V Band Bracelet | VA 967-382 | 5/25/99 |
| #1 Celticball Bracelet | VA 1-045-306 | 7/7/00 |
| #1 Multi Ball Bracelet w/BS Fleur | VA 1-045-307 | 7/7/00 |

**Rings**

| | | |
|---|---|---|
| Floral Ring | VA 642-738 | 3/28/95 |
| K & T Ring | VA 642-745 | 3/28/95 |
| Dagger Ring | VA 642-747 | 3/28/95 |
| Floral Cross | VA 705-230 | 3/28/95 |
| SBT Band Ring | VA 946-989 | 11/6/98 |
| BS Fleur Wide V Band Ring | VA 964-912 | 3/13/98 |
| CH X-Narrow V Band Ring | VA 964-914 | 3/13/98 |
| Dog in Band Ring | VA 1-045-310 | 7/7/00 |
| Wide Spider Band | VA 1-128-314 | 4/26/02 |
| Eternity Vine Band | VA 1-128-315 | 4/26/02 |
| Big Claw | VA 1-128-317 | 4/26/02 |
| Single Wide Vine Band | VA 1-128-318 | 4/26/02 |
| Double Narrow Vine Band | VA 1-128-320 | 4/26/02 |
| Spider In Band | VA 1-128-321 | 4/26/02 |

**Buttons**

| | | |
|---|---|---|
| Celtic Button | VA 705-191 | 3/28/95 |
| Cross #4 | VA 705-233 | 3/28/95 |
| Horseshoe Button | VA 967-377 | 5/25/99 |

**Key Rings**

| | | |
|---|---|---|
| Roller Key Ring | VA 705-201 | 3/28/95 |

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

These works are collectively referred to herein as the "Copyrighted Works". Annexed hereto and collectively identified as *Exhibit 2* are copies of the Copyright Registrations for the Copyrighted Works.

25. Chrome Hearts has duly complied in all respects with the provisions of Title 17 of the United States Code, and has secured the rights and privileges accorded to the works protected by the copyright laws.

**DEFENDANTS' INFRINGING ACTIVITIES**
**COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 ET SEQ.**

**COUNT I**

26. Plaintiff Chrome Hearts repeats and realleges every allegation contained in paragraphs 1 through 25 hereof as though fully set forth herein.

27. As the owner of the Copyrighted Works, Plaintiff Chrome Hearts is entitled to exclusively use these designs without the unauthorized use by third parties. Given the widespread popularity of the Chrome Hearts designs, Defendants had access to the works and upon information and belief Defendants have knowingly infringed upon Chrome Hearts' respective copyrights in its designs by manufacturing, distributing and selling substantially similar copies of the Chrome Hearts' designs to the public in violation of 17 U.S.C. § 501.

28. Upon information and belief, Defendants have intentionally, knowingly and willfully copied Chrome Hearts' Copyrighted Works to benefit from the widespread customer recognition and acceptance of the Chrome Hearts' designs and to capitalize upon the market created by Plaintiff Chrome Hearts for its designs. Defendants have manufactured and sold their counterfeit and infringing copies to various customers throughout the United States, including within this judicial district.

29. Upon information and belief, the aforesaid infringement by Defendants of Plaintiff Chrome Hearts' Copyrighted Works was and continues to be with the knowledge that such

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Case 1:08-cv-00009    Document 1    Filed 07/24/2008    Page 12 of 28

designs are copyrighted and the Defendants, in doing the acts complained of herein, have willfully infringed upon Chrome Hearts' rights under the Copyright Laws of the United States, Title 17 U.S.C. § 101, *et seq.*

30. Defendants' copies of Chrome Hearts' Copyrighted Works are identical to Plaintiff Chrome Hearts' genuine Copyrighted Works. There can be no doubt that Chrome Hearts' copyrighted designs were employed to manufacture the molds used to make Defendants' piratical copies.

31. Defendants' infringement of Plaintiff Chrome Hearts' Copyrighted Works is to the great and irreparable damage of Plaintiff, and Plaintiff Chrome Hearts is informed and believes, as indicated, that Defendants will continue such infringement unless enjoined by this Court.

32. Plaintiff has no adequate remedy at law and has suffered irreparable damage as a result of Defendants' acts as aforesaid in an amount thus far not determined, but believed to be in excess of One Million Dollars ($1,000,000).

### TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114

### COUNT II

33. Plaintiff Chrome Hearts repeats and realleges every allegation contained in paragraphs 1 through 25 and 27 through 32 hereof as though fully set forth herein.

34. This claim arises under the provisions of the Trademark Act of 1946, 15 U.S.C. §1051, *et seq.*, particularly under 15 U.S.C. §1114(1), and alleges the infringement of trademarks registered under the laws of the United States.

35. Defendants, with full knowledge of the fame and reputation of the Chrome Hearts Mark, have intentionally, knowingly and willfully infringed upon the Chrome Hearts Mark by manufacturing, distributing and selling products bearing counterfeits of the mark, or a mark

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

confusingly similar thereto, without the consent or permission of Plaintiff Chrome Hearts, in order to deceive purchasers as to the origin and source of the products.

36. The use by Defendants of copies of the Chrome Hearts Mark, or a mark confusingly similar thereto, is likely to cause confusion and mistake in the minds of the purchasing public, and in particular, tends to and does falsely create the impression that the goods sold by Defendants are authorized, sponsored or approved by Plaintiff Chrome Hearts when, in fact, they are not.

37. By reason of Defendants' use of the Chrome Hearts Mark in the course of manufacturing, distributing and selling their products, without obtaining the authorization of Plaintiff Chrome Hearts, Defendants have infringed upon Plaintiff Chrome Hearts' rights in its registered trademarks.

38. The goodwill and favorable reputation residing in the Chrome Hearts Mark is a valuable asset belonging to Plaintiff Chrome Hearts, and whose value does not lend itself to exact qualification but is clearly in excess of Eighty Million Dollars ($80,000,000). There can be no doubt that the acts complained of herein have the potential for inflicting a substantial injury to Chrome Hearts' trademark and goodwill.

39. Defendants' products, which bear piratical copies of the trademark **CHROME HEARTS** were and are possibly manufactured by inferior processes which have resulted and can result in inferior quality products. By marketing, advertising, and selling Defendants' inferior items bearing counterfeits of the Chrome Hearts Mark, Defendants have damaged Plaintiff Chrome Hearts' goodwill and reputation for the sale of high quality products and will continue to damage Plaintiff's reputation unless enjoined.

40. The activities of Defendants complained of herein constitute willful and intentional infringement of the Chrome Hearts Mark; are in total disregard of Plaintiff's rights and were commenced and have continued in spite of Defendants' knowledge that the use of the Chrome

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Case 1:08-cv-00009    Document 1    Filed 07/24/2008    Page 14 of 28

Hearts Mark, or a copy or a colorable imitation thereof, was and is in direct contravention of Plaintiff Chrome Hearts' rights.

41. Plaintiff Chrome Hearts has no remedy at law and has suffered irreparable damage as a result of Defendants' acts as aforesaid in an amount thus far not determined, but believed to be in excess of One Million Dollars ($1,000,000).

**FEDERAL UNFAIR COMPETITION**

**COUNT III**

42. Plaintiff Chrome Hearts repeats and realleges every allegation contained in paragraphs 1 through 25, 27 through 32, and 34 through 41 hereof as though fully set forth herein.

43. This claim arises under the provision of the Trademark Act of 1946, 15 U.S.C. §1051, *et seq.*, particularly under 15 U.S.C. §1125(a), and alleges the use in commerce of a false designation of origin and false or misleading description of fact and false or misleading representation of fact.

44. By reason of the marketing, celebrity status and unsolicited press coverage generated for Chrome Hearts' products at the trade and consumer levels, and the unique quality of the products comprising Plaintiff's entire line, these products are recognized by the trade and consumers as being products designed and hand crafted by Plaintiff Chrome Hearts.

45. Chrome Hearts' products have become widely known among purchasers as articles that are designed and manufactured by Plaintiff. These products are known to be quality items, with unique designs, made of the highest quality materials, and embodying expert craftsmanship.

46. The goodwill of Plaintiff Chrome Hearts and the favorable reputation residing in Chrome Hearts' products is a valuable asset belonging to Plaintiff.

47. Defendants, with knowledge of the widespread recognition of Chrome Hearts' products among the relevant segment of the market and with the specific intent to exploit that

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

recognition, have undertaken to make and sell jewelry and accessories bearing counterfeits of the Chrome Hearts Mark. It is Defendants' intention to have their ultimate purchasers believe that the Defendants' copies are made by Plaintiff Chrome Hearts and that persons who see the Defendants' products being worn by Defendants' ultimate purchasers believe that the copies emanate from Plaintiff Chrome Hearts.

48. By reason of Defendants' sale of jewelry and accessories bearing counterfeits of the Chrome Hearts Mark, the public has been and is being misled as to the nature and quality of goods being sold by Defendants, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

49. By reason of the foregoing, Defendants have used in commerce, on or in connection with the goods and/or services, a false designation of origin, a false or misleading description of fact or false or misleading representation of fact, including words, terms, names, devices and symbols or a combination thereof which is likely to cause confusion, or mistake, or to deceive as to the affiliation, connection, or association of such Defendants with Plaintiff Chrome Hearts or as to the origin, sponsorship, or approval of Defendants' products, services or commercial activities by Plaintiff with full knowledge of the falsity of such designations of origin or such descriptions or representations, all to the detriment of Plaintiff Chrome Hearts.

50. Plaintiff Chrome Hearts has no adequate remedy at law and has suffered irreparable damage as a result of Defendants' acts as aforesaid in an amount thus far not determined, but believed to be in excess of One Million Dollars ($1,000,000).

## DILUTION

## COUNT IV

51. As a complete and third ground for relief, Plaintiff hereby charges Defendants with dilution and hereby realleges and reasserts all of the allegations contained in paragraphs 1 through 25, 27 through 32, 34 through 41 and 43 through 50, hereof as though fully set forth herein.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Case 1:08-cv-00009   Document 1   Filed 07/24/2008   Page 16 of 28

52. Defendants' advertising, promotion, offering for sale and sale of goods bearing counterfeits of the Chrome Hearts Mark is likely to dilute the distinctive quality of Plaintiff's name and injure Plaintiff's business reputation in violation of the federal anti-dilution law, Lanham Act §43(c), 15 U.S.C. §1125(c). Defendants' infringing activities have been and are being committed willfully.

## COMMON LAW UNFAIR COMPETITION AND TRADEMARK INFRINGEMENT

## COUNT V

53. As a complete and fourth ground for relief, Plaintiff Chrome Hearts hereby charges Defendants with common law unfair competition under the laws of Guam, and hereby realleges and reasserts all of the allegations contained in paragraphs 1 through 25, 27 through 32, 34 through 41 and 43 through 50, hereof as though fully set forth herein.

54. Defendants' manufacturing, distribution and sale of their infringing products incorporating the distinctive designs of Plaintiff Chrome Hearts' products and Defendants' adoption and use of the Chrome Hearts Mark in connection with Defendants' jewelry is likely to cause confusion between such products and the goods sold by Plaintiff Chrome Hearts, thus constituting an infringement of Plaintiff's valuable common law rights.

55. Upon information and belief, Defendants are "palming off" their infringing products as the high quality merchandise of Plaintiff Chrome Hearts, and are knowingly enabling others to do the same and are thus deliberately and knowingly misappropriating and diverting Plaintiff's valuable proprietary rights and goodwill, and the reputation symbolized thereby, thereby unfairly competing with Plaintiff.

56. Upon information and belief, Defendants' unfair competition has caused and, if allowed to continue, will continue to cause sales of Plaintiff's products to be lost and/or diverted to Defendants. Further Defendants' unfair competition has caused substantial and irreparable

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Case 1:08-cv-00009    Document 1    Filed 07/24/2008    Page 17 of 28

damage and injury to Plaintiff and in particular to its valuable goodwill and reputation, and unless

2 enjoined by this Court, will continue to cause substantial and irreparable damage and injury to

3 Plaintiff.

4 57. Plaintiff has no adequate remedy at law and has suffered irreparable damage as a

result of Defendants' acts as aforesaid in an amount thus far not determined, but believed to be in

excess of One Million Dollars ($1,000,000).

**WHEREFORE**, Plaintiff demands:

A. That Defendants, their officers, agents, employees, attorneys and all persons

acting in concert, participation or combination with Defendants, be preliminary and permanently

enjoined from using the Chrome Hearts Mark in any manner and from using any mark confusingly

similar thereto; and from manufacturing, promoting, advertising and selling any products bearing

the Chrome Hearts Mark and any mark confusingly similar thereto; and from impliedly or

expressly representing any of the products sold by Defendants to be genuine Chrome Hearts

products unless such is the case;

B. That Defendants, their officers, agents, employees, attorneys and all persons

acting in concert, participation or combination with Defendants, be preliminary and permanently

enjoined from competing unfairly with Plaintiff, from falsely representing and falsely designating

the origin of Defendants' goods, from diluting the distinctive quality of Plaintiff's trademark and

from engaging in false advertising;

C. That Defendants be required to pay to Plaintiff Chrome Hearts damages in a

sum to be determined at trial and to account for all gains, profits and advantages derived by

Defendants by the sale or advertisement of any product bearing the Chrome Hearts Mark or any

Mark confusingly similar thereto; represented or advertised by Defendants to be a genuine

Chrome Hearts product or its equivalent;

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Case 1:08-cv-00009    Document 1    Filed 07/24/2008    Page 18 of 28

D.    That Plaintiff be awarded statutory damages by reason of the infringement

of Plaintiff's Chrome Hearts Mark;

E.    That Plaintiff be awarded statutory damages by reason of the infringement

of Plaintiff's Copyrighted Works;

F.    That Plaintiff be awarded treble damages, punitive damages, reasonable

attorneys' fees and the costs and disbursements of this action;

G.    That Defendants' products bearing counterfeits of Plaintiff's Chrome Hearts

Mark and/or Plaintiff's Copyrighted Works, and any articles used to produce same, be surrendered

to Plaintiff;

H.    That Plaintiff be granted an award of punitive damages in view of the

willful and malicious nature of Defendants' tortious acts; and,

I.    That Plaintiff have such other and further relief as the Court deems just and

equitable.

RESPECTFULLY SUBMITTED this 24th day of July, 2008.

BLAIR, STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION


BY: _____
VINCENT LEON GUERRERO
*Attorneys for Plaintiff Chrome Hearts LLC.*

ATTACHMENTS: EXHIBITS 1 & 2

V63\09810-01
G:\WORDDOC\PLD\VLG\287-COMPLAINT RE CHROME HEARTS.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

# Exhibit 1

Int. Cls.: **14, 18, 25 and 26**

Prior U.S. Cls.: **3, 28, 39 and 40**

Reg. No. 1,665,791

# United States Patent and Trademark Office Registered Nov. 26, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## CHROME HEARTS

CHROME HEARTS, INC. (CALIFORNIA COR-PORATION)
303 EAST FOURTH STREET
LOS ANGELES, CA 90013

FOR: JEWELRY, BELT BUCKLES MADE OF PRECIOUS METAL, KEY RINGS MADE OF PRECIOUS METAL, CUFFLINKS, TIE FAS-TENERS MADE OF PRECIOUS METAL, BROOCHES, NECKLACES AND EARRINGS , IN CLASS 14 (U.S. CL. 28).

FIRST USE 7–27–1989; IN COMMERCE 11–22–1989.

FOR: GARMENT BAGS FOR TRAVEL, TOTE BAGS, SHOULDER BAGS, PURSES AND LUG-GAGE, IN CLASS 18 (U.S. CL. 3).

FIRST USE 11–9–1989; IN COMMERCE 11–16–1989.

FOR: CLOTHING; NAMELY, SHIRTS, TROU-SERS, JACKETS, VESTS, CHAPS, MEN'S AND WOMEN'S UNDERWEAR, COATS, CLOTHING BELTS, GLOVES AND BOOTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4–19–1989; IN COMMERCE 11–9–1989.

FOR: BELT BUCKLES NOT OF PRECIOUS METAL AND TIE FASTENERS NOT OF PRE-CIOUS METAL, IN CLASS 26 (U.S. CL. 40).

FIRST USE 7–27–1989; IN COMMERCE 11–22–1989.

SER. NO. 74–106,186, FILED 10–15–1990.

CHRISIE BRIGHTMIRE, EXAMINING ATTOR-NEY

# Exhibit 1

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,307,126

## United States Patent and Trademark Office

Registered Jan. 11, 2000

## TRADEMARK
## PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA COR-
PORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN
PART OF PRECIOUS METAL, NAMELY,
RINGS, EARRINGS, NECKLACES, BRACE-
LETS, CUFF LINKS, KEY RINGS, BELT BUCK-
LES, WATCHES AND TIE FASTENERS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1989; IN COMMERCE
4-0-1989.

OWNER OF U.S. REG. NO. 1,665,791.

SER. NO. 75-490,650, FILED 5-26-1998.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

## United States Patent and Trademark Office

Reg. No. 2,284,625

Registered Oct. 12, 1999

# TRADEMARK
## PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA COR-
PORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN
PART OF PRECIOIUS METALS; NAMELY,
BRACELETS, NECKLACES, RINGS, PEND-
ANTS, EARRINGS, KEY RINGS, BROOCHES,
LAPEL PINS, CUFF LINKS, WATCHES AND
BELT BUCKLES MADE WHOLLY OR IN PART

OF PRECIOUS METALS, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 7-27-1989; IN COMMERCE
11-22-1989.

OWNER OF U.S. REG. NOS. 1,665,791, 2,214,642
AND OTHERS.

SER. NO. 75-399,215, FILED 12-3-1997.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,216,570

## United States Patent and Trademark Office

Registered Jan. 5, 1999

### TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN PART OF PRECIOUS METAL; NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, CUFF LINKS, KEY RINGS, BELT BUCK-LES, WATCHES AND TIE FASTENERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1989; IN COMMERCE 4-0-1989.

OWNER OF U.S. REG. NOS. 1,665,791 AND 2,118,026.

SER. NO. 75-476,249, FILED 4-29-1998.

CARYN HINES, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,407,915

Registered Nov. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA CORPORA-
TION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN PART
OF PRECIOUS METALS; NAMELY, BRACELETS,
NECKLACES, PENDANTS, KEY RINGS, CUFF
LINKS, WATCHES AND BELT BUCKLES MADE

WHOLLY OR IN PART OF PRECIOUS METALS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 5–1–1996; IN COMMERCE 5–1–1996.
OWNER OF U.S. REG. NOS. 1,665,791, 2,216,570
AND OTHERS.

SER. NO. 75–671,093, FILED 3–29–1999.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,954,539

## United States Patent and Trademark Office

Registered May 24, 2005

## TRADEMARK
## PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA COR-
PORATION)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, BRACELETS, NECK-
LACES, RINGS, EARRINGS, PENDANTS, CUFF
LINKS AND WATCH BRACELETS, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

SER. NO. 76-590,713, FILED 5-6-2004.

TANYA AMOS, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. **3,385,415**
Registered Feb. 19, 2008

## TRADEMARK
## PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

    FOR: JEWELRY, NAMELY, BRACELETS, NECK-LACES, KEY RINGS MADE OF PRECIOUS ME-TALS, RINGS, PENDANTS, WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-3-1992; IN COMMERCE 1-3-1992.


SER. NO. 78-800,001, FILED 1-26-2006.


KELLY CHOE, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

## United States Patent and Trademark Office

Reg. No. 3,385,449
Registered Feb. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LTD LIAB
CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, BRACELETS, RINGS,
WATCH BANDS, NECKLACES AND LIGHTERS
MADE OF PRECIOUS METALS, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 1-3-1988; IN COMMERCE 1-3-1988.

SER. NO. 78-833,228, FILED 3-9-2006.

KELLY CHOE, EXAMINING ATTORNEY