# DISTRICT COURT OF GUAM

CHROME HEARTS LLC.,

## SUMMONS IN A CIVIL CASE

V.

ALMA SHOP; JUNG WOO NAM; HAPPY HAPPY
GIFT SHOP; BON SUN AHN; GUAM PALM
CORPORATION doing business as HAWAIIAN
SILVER; YOUNG SAN NICOLAS; 925 MINE; HUNG BUM
CHOI; ASHINN SHIATSU MASSAGE; GARDEN JEWELRY;
FEN SHAN PIAO; A+ ACCESSORY PLUS dba KYODA;
and KAWAII GIFT SHOP; UNE JOO CHUNG

CASE NUMBER: **08-00009**

TO: (Name and address of Defendant)

HAPPY HAPPY GIFT SHOP
TUMON, GUAM

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP FLORES STREET
HAGATNA GUAM, 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

**JEANNE G. QUINATA**

/s/ Jeanne G. Quinata  RD

7/24/08

CLERK

DATE

By Duak

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                     Signature of Server

                        _____
                        Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.