AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

CHROME HEARTS LLC.,

V.

ALMA SHOP; JUNG WOO NAM; HAPPY HAPPY GIFT SHOP; BON SUN AHN; GUAM PALM CORPORATION doing business as HAWAIIAN SILVER; YOUNG SAN NICOLAS; 925 MINE; HUNG BUM CHOI; ASHINN SHIATSU MASSAGE; GARDEN JEWELRY; FEN SHAN PIAO; A+ ACCESSORY PLUS dba KYODA; and KAWAII GIFT SHOP; UNE JOO CHUNG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08-00009**

TO: (Name and address of Defendant)

GUAM PALM CORPORATION
dba HAWAIIAN SILVER
THE PLAZA
TUMON GUAM

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP FLORES STREET
HAGATNA GUAM, 96910

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA

/s/ ~~Jeanne G. Quinata~~ R.P.

JUL 2 4 2008

CLERK       /s/ Marilyn B. Alcon

DATE

(By) DEPUTY CLERK

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                  Date                       *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.