VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
TEL: (671) 477-7857

ROBERT L. TUCKER
TUCKER & LATIFI, LLP
160 East 84th Street
New York, NY 10028
TELEPHONE: (212) 472-6262

*Attorneys for Plaintiff Chrome Hearts LLC.*

**FILED**
DISTRICT COURT OF GUAM

JUL 30 2008 R.D.

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| CHROME HEARTS LLC.,, | ) | CIVIL CASE NO. CV08-00009 |
| Plaintiff, | ) | |
| vs. | ) | |
| ALMA SHOP; JUNG WOO NAM; HAPPY HAPPY GIFT SHOP; BONG SUN AHN; GUAM PALM CORPORATION doing business as HAWAIIAN SILVER; YOUNG SAN NICOLAS; 925 MINE; HUNG BUM CHOI; ASHINN SHIATSU MASSAGE; GARDEN JEWELRY; FEN SHAN PIAO; A+ ACCESSORY PLUS dba KYODIA; and KAWAII GIFT SHOP; UNE JOO CHUNG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ERRATA** |
| Defendants. | ) | |

ORIGINAL

Plaintiff's Complaint was filed herein on July 24, 2008. The undersigned hereby request the following corrections to the caption of the case.

**Line 19 read as follows BONG SUN AHN;**

**Line 22 read as follows FEN SHAN PIAO.**

**RESPECTFULLY SUBMITTED** this 30TH day of July, 2008.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION


BY:_____
VINCENT LEON GUERRERO
*Attorneys for Plaintiff Chrome Hearts LLC.*

V63\09810-NEW
G:\WORDDOC\PLD\VLG\293-ERRATA TO COMPLAINT RE
CHROME HEARTS CV08-00009.DOC